**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SCOTT FRIZE,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, WARDEN,<br><br>        Respondent. | ) NO. CV 07-04313-MMM(MAN)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   October 30, 2008   .

                                                         *Margaret M. Morrow*
                                                         MARGARET M. MORROW
                                                UNITED STATES DISTRICT JUDGE